# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:              September 1, 2011
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Bernique Abiakam

_____

Civil Action No. 11-cv-00236-RPM

LARRY A. ORTIZ,                                               Cathy L. Cooper

      Plaintiff,

v.

NORTH CONEJOS SCHOOL DISTRICT RE-IJ and                       Michael W. Schreiner
RICK RIVERS,

      Defendants.
_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**11:23 a.m.       Court in session.**

Discussion regarding case facts.
Ms. Cooper states plaintiff is currently employed but at a significant reduction in salary.

Discussion regarding case claims.
Counsel agree that there is no claim against the District for intentional interference with contract.
Ms. Cooper clarifies claim against the district for wrongful discharge in violation of public policy and remedy seeking injunctive / equitable relief.

**ORDERED:    Motion to Dismiss Claims of the Amended Complaint [6], is granted with leave to file a Second Amended Complaint by September 21, 2011.**

Discussion regarding discovery (Court suggests deposition by written questions).

**Scheduling Order signed.**

**11:36 a.m.       Court in recess.**

Hearing concluded.  Total time: 13  min.