IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00236-RPM

LARRY ORTIZ,

    Plaintiff,
v.

NORTH CONEJOS SCHOOL DISTRICT RE-1J and
RICK IVERS,

    Defendants.

---

ORDER DENYING MOTION TO DISMISS THIRD CLAIM FOR RELIEF

---

In the second amended complaint, filed September 21, 2011, the plaintiff included a third claim for relief, alleging wrongful discharge in violation of public policy in C.R.S. § 24-34-402.5. The school district filed a motion to dismiss that claim under Fed.R.Civ.P. 12(b)(1), asserting that it is precluded by the Colorado Governmental Immunity Act. The plaintiff filed his response on November 14, 2011, clarifying that the third claim for relief is a statutory claim made under C.R.S. § 24-34-402.5 and that it does not sound in tort. The district filed its reply, again asserting the Colorado Governmental Immunity Act and the statute of limitations. On reviewing these filings, it is

ORDERED that the motion to dismiss the third claim for relief is denied. The claim is limited to the statutory violation and is not a tort claim. The asserted bar of the statute of limitations is not applicable because the claim relates back to the original complaint because the claim arises out of the same conduct alleged therein.

Dated: December 2nd, 2011

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge