IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00236-RPM

LARRY ORTIZ,

      Plaintiff,
v.

NORTH CONEJOS SCHOOL DISTRICT RE-1J and
RICK IVERS,

      Defendants.

---

## ORDER TO CLARIFY MOTION

---

On January 19, 2012, the plaintiff filed a motion to amend the scheduling order to extend the date for completion of discovery to March 9, 2012. The defendants filed an opposition in their response on January 20, 2012. It is not clear what specific discovery the plaintiff requests. A generalized motion for all types of discovery may not be granted. Accordingly, it is

ORDERED that the plaintiff shall, on or before January 26, 2012, file a motion clarifying what specific discovery is requested beyond the present discovery date of February 1, 2012.

DATED: January 23rd, 2012

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge