IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00236-RPM

LARRY ORTIZ,

    Plaintiff,
v.

NORTH CONEJOS SCHOOL DISTRICT RE-1J and
RICK IVERS,

    Defendants.

---

ORDER FOR AMENDMENT TO SCHEDULING ORDER

---

On January 19, 2012, the plaintiff filed a Motion to Amend Scheduling Order. The defendants filed their response on January 20, 2012, and on January 23, 2012, an order entered requiring the plaintiff to clarify the motion to specify what discovery was to be done beyond the discovery date of February 1, 2012. On January 25, 2012, the plaintiff filed a clarified motion indicating that the plaintiff seeks to take four depositions and time to respond to the plaintiff's discovery requests to defendants served on January 20, 2012. In the defendants' response of January 20, 2012, there was no objection to the extension to March 1, 2012, to complete depositions but did oppose the written discovery. The plaintiff has failed to show good cause for the delay in submitting written discovery. It is now

ORDERED that the plaintiff's motion is granted for the limited purpose of taking the depositions identified in the clarified motion to be completed before March 9, 2012, and the motion is denied with respect to written discovery served January 20, 2012. The deadline for filing dispositive motions is extended to and including April 1, 2012.

DATED: January 27th, 2012.

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge