IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00236-RPM

LARRY ORTIZ,

      Plaintiff,

v.

NORTH CONEJOS SCHOOL DISTRICT RE-1J and
RICK IVERS,

      Defendants.

---

ORDER DENYING DEFENDANTS' MOTION FOR PROTECTIVE ORDER

---

On February 10, 2012, the defendants filed a motion for a protective order concerning the deposition of Robert Alejo with respect to the plaintiff's application for employment with the Alamosa School District in which Mr. Alejo is now superintendent.  After reviewing the motion, the plaintiff's response, and the defendants' reply, it is

ORDERED that the motion is denied.

DATED:   February 14th, 2012.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge