**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                August 13, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 11-cv-00236-RPM

LARRY A. ORTIZ,                                              Cathy L. Cooper

      Plaintiff,

v.

NORTH CONEJOS SCHOOL DISTRICT RE-1J and                      Michael W. Schreiner
RICK IVER, in his individual capacity,

      Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motions for Summary Judgment**

**1:58 p.m.**      **Court in session.**

Court's preliminary remarks and states its summary of the case.

| | |
|---|---|
| 2:06 p.m. | Argument by Mr. Schreiner. |
| 2:14 p.m. | Argument by Ms. Cooper. |
| 2:38 p.m. | Rebuttal argument by Mr. Schreiner. |
| 2:46 p.m. | Further argument by Ms. Cooper. |

**ORDERED:**      **North Conejos School District RE-1J's Motion for Summary Judgment [32], is granted with respect to the ADA retaliation claim and denied on the wrongful discharge ADA discrimination claim and denied on the wrongful discharge claim under the C.R.S. § 24-34-402.5**

      **Defendant Iver's Motion for Summary Judgment [33], is granted and defendant Iver is dismissed.**

      **Four day jury trial set December 3, 2012.
      Pretrial/Trial preparation conference set November 2, 2012 at 10:00 a.m.**

**2:58 p.m.**      **Court in recess.**  Hearing concluded.  Total time 1 hr.