IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00236-RPM

LARRY A. ORTIZ,

      Plaintiff,
v.

NORTH CONEJOS SCHOOL DISTRICT RE-1J ,

      Defendant.
_____

ORDER SETTING TRIAL DATE AND  PRETRIAL / TRIAL PREPARATION CONFERENCE
_____

      Pursuant to today's hearing, it is

      ORDERED this matter is set for trial to jury on **December 3, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.  It is

      FURTHER ORDERED that a pretrial /trial preparation conference is scheduled for **November 2, 2012, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **October 25, 2012.**  The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.

      DATED:   August 13th, 2012

                                                  BY THE COURT:
                                                  s/ Richard P. Matsch
                                                  _____
                                                  Richard P. Matsch, Senior District Judge