IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00236-RPM

LARRY A. ORTIZ,

      Plaintiff,

v.

NORTH CONEJOS SCHOOL DISTRICT RE-1J ,

      Defendant.

_____

## ORDER VACATING TRIAL DATE
_____

      Pursuant to the Notice of Settlement, filed November 15, 2012 [47], it is

      ORDERED that the trial to jury scheduled for December 3, 2012, at 8:30 a.m., is vacated and parties will file the appropriate dismissal papers by November 30, 2012.

      DATED:  November 15th, 2012

                                                                                BY THE COURT:

                                                                                s/Richard P. Matsch

                                                                                _____

                                                                             Richard P. Matsch, Senior District Judge