IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00236-RPM

LARRY ORTIZ,

    Plaintiff,

v.

NORTH CONEJOS SCHOOL DISTRICT RE-1J,

    Defendants.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss Case with Prejudice [51] filed December 18, 2012, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

DATED:   December 19th, 2012.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge